# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:12CR364 |
| vs. | ) | ORDER |
| SOLEDAD VILLALBA-CABELLO, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Soledad Villalba-Cabello (Villalba-Cabello) for a further detention hearing (Filing No. 24). Villalba-Cabello seeks a hearing and release to the third-party custody of Marta Avello, in Columbus, Nebraska.

Villalba-Cabello is charged in an Indictment with the failure to surrender for the service of sentence imposed on her felony conviction for the false use of a Social Security number. Following her conviction and sentence, the court permitted her to be on release pending her surrender for sentencing. She failed to surrender as directed on May 7, 2012. She was arrested on September 1, 2012. Villalba-Cabello demonstrated she did not comply with terms of her release conditions. Her motion for release to a third party custodian and a hearing (Filing No. 24) is denied.

**IT IS SO ORDERED.**

DATED this 14th day of December, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge